

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CAROLYN EGAN, on behalf of herself
and all others similarly situated,
      Plaintiff(s),
  -against-
MORGAN STANLEY & CO. INCORPORATED,
MORGAN STANLEY, THE INVESTMENT
COMMITTEE OF MORGAN STANLEY, et al.,
      Defendant(s).
-----------------------------------------------------X

Index No. 07 CV 11285

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                       S.S.:
COUNTY OF NEW YORK)

      HECTOR FIGUEROA, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 20th day of December 2007, at approximately 2:50 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT, INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK AND 3RD AMENDED INSTRUCTIONS FOR FILING AND ELECTRONIC CASE OR APPEAL** upon Walid A. Chammah at 1633 Broadway, New York, NY 10019, by personally delivering and leaving the same with Scott Tucker, Executive Director at that address.

      Scott Tucker is a white male, approximately 50 years of age, stands approximately 5 feet 10 inches tall and weighs approximately 160 pounds with brown hair and light eyes wearing glasses.

_____
HECTOR FIGUEROA #870141

Sworn to before me this
24th day of December, 2007

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

L.S., Inc.
1 Broadway
e 510
Y, NY 10013
2-925-1220
ww.dlsny.com