UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK





| | |
|---|---|
| CAROLYN EGAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY, THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401(k) PLAN (f/k/a THE MORGAN STANLEY DPSP/START PLAN), THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, WALID A. CHAMMAH, CHARLES CHASIN, ZOE CRUZ, RICHARD PORTOGALLO, JAMES P. GORMAN, NEAL A. SHEAR, CORDELL G. SPENCER, and JOHN DOE DEFENDANTS 1-30,<br><br>Defendants. | 07 Civ. 11285 (RWS)<br><br>STIPULATION REGARDING DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for plaintiff and defendants that the time for all defendants to answer, or otherwise respond to, the complaint filed in the above captioned case shall be extended by thirty (30) days until February 8, 2008.

Dated: New York, New York
January 7, 2008

                         WOLF HALDENSTEIN ADLER
                         FREEMAN & HERZ LLP

                         By: _____
                               Michael Jaffe

                         270 Madison Avenue
                         New York, New York 10016
                         Tel.: (212) 545-4600

                         Attorneys For Plaintiff Carolyn Egan and
                            the Proposed Class

                         DAVIS POLK & WARDWELL

                         By: _____
                               Robert F. Wise, Jr.

                         450 Lexington Avenue
                         New York, New York 10017
                         Tel.: (212) 450-4512

                         Attorneys For Defendants Morgan Stanley
                            and Morgan Stanley & Co., Inc.

SO ORDERED

_____
         U.S.D.J.
                1-15-08

January ___, 2008