Jeffrey S. Abraham (JA-2946)
Arthur J. Chen (AC-5233)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Telephone: (212) 279-5050
Fax: (212) 279-3655

**Plaintiff's Counsel**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GREGORY MAJOR, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401 (K) PLAN, THE PLAN ADMINISTRATOR, THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, JOHN J. MACK, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, KAREN JAMESLEY, C. ROBERT KIDDER, DONALD T. NICOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, DR. LAURA D. TYSON, DR. KLAUS ZUMWINKEL, and JOHN DOES 1-30,<br><br>Defendants. | **Civil Action No. 08 CV 00496**<br><br><br><br><br><br><br><br><br><br><br><br>(Caption Continued) |

**PLAINTIFF GREGORY MAJOR'S RESPONSE IN SUPPORT OF MOTION**
**APPOINTING INTERIM CO-LEAD COUNSEL**
**TO ACT ON BEHALF OF ERISA CLASS PLAINTIFFS**

| | |
|---|---|
| CAROLYN EGAN, On Behalf of Herself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY, THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401 (K) PLAN (f/k/a THE MORGAN STANLEY DPSP/START PLAN), THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, WALID A. CHAMMAH, CHARLES CHASIN, ZOE CRUZ, RICHARD PORTOGALLO, JAMES P. GORMAN, NEAL A. SHEAR, CORDELL G. SPENCER, and JOHN DOES 1-30,<br><br>     Defendants. | **Civil Action No.  07 CV 11285 (RWS)** |
| JOHN SIEFKEN, On Behalf of Himself and All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INC., MORGAN STANLEY PLANS "INVESTMENT COMMITTEE," MORGAN STANLEY PLANS "ADMINISTRATIVE COMMITTEE," JOHN J. MACK, C. ROBERT KIDDER, ERSKINE B. BOWLES, DONALD T. NICOLAISEN, and JOHN DOES 1-30,<br><br>     Defendants. | **Civil Action No.  07 CV 11456 (JGK)**<br><br><br><br><br><br><br><br><br><br>(Caption Continued) |

| | |
|---|---|
| C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, THE INVESTMENT COMMITTEE, THE PLAN ADMINISTRATOR, THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, JOHN J. MACK, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, KAREN JAMESLEY, C. ROBERT KIDDER, DONALD T. NICOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, DR. LAURA D. TYSON, DR. KLAUS ZUMWINKEL, and JOHN DOES 1-30,<br><br>                    Defendants. | **Civil Action No. 07 CV 11624 (RWS)** |

Plaintiff Gregory Major, by his undersigned counsel, respectfully submits this memorandum in response to the motion made on January 9, 2008, by Plaintiff C. Kenneth Coulter for appointment as Interim Lead Plaintiff, and to appoint Harwood Feffer LLP and Milberg Weiss LLP as Interim Co-Lead Counsel to act on behalf of Employee Retirement Security Act of 1974 ("ERISA") Class Plaintiffs.

## ARGUMENT

Plaintiff Gregory Major joins in support of Plaintiff Coulter's Motion for appointment of Harwood Feffer LLP and Milberg Weiss LLP as Interim Co-Lead Counsel. Plaintiff believes that both Harwood Feffer LLP, Milberg Weiss LLP, and the partners at those firms currently assigned to work on the matter fulfill the requirements as set forth in Fed. R. Civ. P. 23(g)(1)(A) in determining the appointment of class counsel. Both firms and the partners assigned to handle this action have dedicated substantial time and resources in advancing Plaintiff's case, and have the necessary experience, knowledge, and resources for handling class action suits and other complex litigation, including actions arising under ERISA.

Dated: January 24, 2008

                                Respectfully Submitted:

                                **ABRAHAM, FRUCHTER & TWERSKY, LLP**

                                Jeffrey S. Abraham (JA-2946)
                                jabraham@aftlaw.com
                                Arthur J. Chen (AC-5233)
                                achen@aftlaw.com
                                One Penn Plaza, Suite 2805
                                New York, NY 10119
                                Telephone: (212) 279-5050
                                Fax: (212) 279-3655

                                *Counsel for Plaintiff Gregory Major*