UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Egan,

    -v.-

Morgan Stanley

                                                : 07 Civ. 11285 (RWS)

------------------------------------------------------------X

Please be advised that the conference scheduled for Feb 13, 08 has been rescheduled to March 19, 08 at 4:30pm in Courtroom 18C

2/4/08

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
        2/4/08

_____
ROBERT W. SWEET
United States District Judge