UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN EGAN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY, MORGAN STANLEY, THE INVESTMENT COMMITTEE OF THE MORGAN STANLEY 401(k) PLAN (f/k/a THE MORGAN STANLEY DPSP/START PLAN), THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, WALID A. CHAMMAH, CHARLES CHASIN, ZOE CRUZ, RICHARD PORTOGALLO, JAMES P. GORMAN, NEAL A. SHEAR, CORDELL G. SPENCER, and JOHN DOE DEFENDANTS 1-30,<br><br>Defendants. | Civil Action: 07 Civ. 11285 (RWS) |

[Captions Continue on Next Page]


**PLAINTIFFS MICHAEL CHIECKO, ELI MOND, ELENA RAMOS, ALVIN SAINI AND JOHN SUDOLSKY, RESPONSE TO THE EGAN AND SIEFKEN PLAINTIFFS' MOTION FOR (1) CONSOLIDATION (2) APPOINTMENT OF LEAD PLAINTIFFS AND LEADERSHIP STRUCTURE AND (3) ENTRY OF [PROPOSED] <u>PRETRIAL ORDER NO 1</u>**

| | |
|---|---|
| JOHN SIEFKEN, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INC., MORGAN STANLEY PLANS "INVESTMENT COMMITTEE," MORGAN STANLEY PLANS "ADMINISTRATIVE COMMITTEE," JOHN J. MACK, C. ROBERT KIDDER, ERSKINE B. BOWLES, DONALD T. NICOLAISEN, and JOHN DOES 1-10,<br><br>   Defendants. | Civil Action: 07 Civ. 11456 (JGK) |
| C. KENNETH COULTER, On Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. INCORPORATED, MORGAN STANLEY, THE INVESTMENT COMMITTEE, THE PLAN ADMINISTRATOR, THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, JOHN J. MACK, ROY J. BOSTOCK, ERSKINE B. BOWLES, SIR HOWARD J. DAVIES, KAREN JAMESLEY, C. ROBERT KIDDER, DONALD T. NICOLAISEN, CHARLES H. NOSKI, HUTHAM S. OLAYAN, CHARLES E. PHILLIPS, JR., O. GRIFFITH SEXTON, DR. LAURA D. TYSON, DR. KLAUS ZUMWINKEL, and JOHN DOES 1-30,<br><br>   Defendants. | Civil Action: 07 Civ. 11624 (RWS) |

| | |
|---|---|
| MICHAEL CHIECKO, ELI MOND, ELENA RAMOS, ALVIN SAINI and JOHN SUDOLSKY, On Behalf of Themselves And All Others Similarly Situated<br><br>                    Plaintiffs,<br><br>    vs.<br><br>MORGAN STANLEY & CO., INCORPORATED, THE INVESTMENT COMMITTEE OF MORGAN STANLEY 401(k) PLAN, THE MORGAN STANLEY GLOBAL DIRECTOR OF HUMAN RESOURCES, WALID A. CHAMMAH, CHARLES CHASIN, ZOE CRUZ, RICHARD PORTOGALLO, JAMES P. GORMAN, NEAL A. SHEAR, CORDELL G. SPENCER, and JOHN DOE DEFENDANTS 1-30,<br><br>                    Defendants | Civil Action: 08-CV- 1206 |

On February 6, 2008, Plaintiffs Michael Chiecko, Eli Mond, Elena Ramos, Alvin Saini and John Sudolsky, (the "Chiecko Plaintiffs") filed a complaint against Morgan Stanley & Co., and certain of its directors, officers, and employees, for violations of the Employee Retirement Income Security Act ("ERISA").  See  Michael Chiecko, Eli Mond, Elena Ramos, Alvin Saini and John Sudolsky v. Morgan Stanley & Co., et al., No. 08-cv-1206.

The Chiecko Plaintiffs have reviewed the competing motions for appointment of interim class counsel and the papers in support thereof.  The Plaintiffs hereby join in the motion filed by plaintiffs Carolyn Egan and John Siefken (the "Egan Plaintiffs") pursuant to Federal Rule of Civil Procedure 23(g), and supports the appointment of the Egan Plaintiffs' counsel, Wolf Haldenstein Adler Freeman & Herz LLP and Schiffrin Barroway Topaz & Kessler, LLP, as Interim Class Counsel.

The Chiecko Plaintiffs do not oppose the consolidation of these related actions.

Dated:  February 6, 2008

**GAINEY & McKENNA**

S/_____
Thomas J. McKenna
295 Madison Avenue
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: **tjmckenna@gaineyandmckenna.com**

**Attorneys for Plaintiffs Michael Chiecko, Eli Mond, Elena Ramos, Alvin Saini and John Sudolsky**