**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MORGAN STANLEY ERISA LITIGATION | : |
| | :    MASTER FILE NO.: 07 Civ. 11285 |
| | :    (RWS) |
| THIS DOCUMENT RELATES TO: | : |
| | : |
| ALL ACTIONS | : |
| | : |

**NOTICE OF APPEARANCE**

TO:     The Clerk of Court and All Parties of Record:

PLEASE ENTER MY APPEARANCE as Co-Lead Class Counsel for Plaintiffs.  I certify that I am admitted to practice in this court.

Dated: March 14, 2008

/s/ Sanford P. Dumain

**MILBERG WEISS LLP**
Sanford P. Dumain (SD- 8712)
sdumain@milbergweiss.com
One Pennsylvania Plaza
New York, New York 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**Interim Co-Lead Class Counsel for Plaintiffs**

## <u>CERTIFICATE OF SERVICE</u>

I, Sara Fuks, an associate with the law firm Milberg Weiss LLP, hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance to be served by regular U.S. Mail on March 14, 2008, on all parties listed on the attached service list.


_____*/s/ Sara Fuks*_____
Sara Fuks

MORGAN STANLEY ERISA
<u>SERVICE LIST</u>

---

***<u>Counsel for Plaintiffs:</u>***

| | |
|---|---|
| Gregory M. Nespole<br>Mark C. Rifkin<br>Michael Jaffe<br>Robert B. Weintraub<br>**WOLF HALDENSTEIN ADLER FREEMAN<br>  & HERZ LLP**<br>270 Madison Avenue<br>New York, NY 10016<br>(T) 212.545.4600<br>(F) 212.545.4653<br><br>*Interim Co-Lead Counsel for Plaintiffs* | Milo Silberstein<br>**DEALY & SILBERSTEIN, LLP**<br>225 Broadway, Suite 1405<br>New York, NY 10007<br>(T) 212.385.0066<br>(F) 212.385.2117<br><br>*Attorneys for Plaintiff John Siefken* |
| Robert I Harwood<br>Samuel K. Rosen<br>**HARWOOD FEFFER LLP**<br>488 Madison Avenue<br>New York, NY 10022<br>(T) 212.935.7400<br>(F) 212.753.3630<br><br><br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Katherine B. Bornstein<br>**SCHIFFRIN BARROWAY TOPAZ<br>  & KESSLER, LLP**<br>280 King of Prussia Road<br>Radnor, PA 19087<br>(T) 610.667.7706<br>(F) 610.667.7056<br><br>*Executive Committee of Co-Lead Counsel for<br>Plaintiffs* | Jeffrey S. Abraham<br>Arthur J. Chen<br>**ABRAHAM, FRUCHTER & TWERSKY, LLP**<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>(T) 212.279.5050<br>(F) 212.279.3655<br><br>*Attorneys for Plaintiff Gregory Major* |
| Thomas J. McKenna<br>**GAINEY & MCKENNA**<br>295 Madison Avenue<br>New York, NY 10017<br>(T) 212.983.1300<br>(F) 212.983.0383 | |

| | |
|---|---|
| *Attorneys for Plaintiffs Michael Chiecko, Eli Mond, Elena Ramos, Alvin Saini and John Sudolsky* | |
| **_Counsel for Defendants:_** | |
| Robert F. Wise, Jr.<br>**DAVIS POLK & WARDWELL**<br>450 Lexington Avenue<br>New York, NY 10017<br>(T) 212.450.4512<br>(F) 212.450.3800<br><br>*Attorneys for Defendants Morgan Stanley and Morgan Stanley & Co., Inc.* | John Plotnick, Vice President<br>**C/O MORGAN STANLEY**<br>1633 Broadway<br>New York, NY 10036<br><br>*For Defendants The Morgan Stanley Global Director of Human Resources, The Investment Committee of The Morgan Stanley 401(K) Plan, The Plan Administrator, John J. Mack, Roy J. Bostock, Erskine B. Bowles, Sir Howard J. Davies, Karen Jamesley, C. Robert Kidder, Donald T. Nicolaisen, Charles H. Noski, Hutham S. Olayan, Charles E. Phillips, Jr., O. Griffith Sexton, Dr. Laura D. Tyson, and Dr. Klaus Zumwinkel* |