UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MORGAN STANLEY ERISA LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE NO.: 07 Civ. 11285 |

**NOTICE OF CHANGE OF LAW FIRM NAME**

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Milberg Weiss LLP has changed its name to Milberg LLP. The office address, and telephone and facsimile numbers remain the same; however, e-mail addresses have changed to reflect milberg.com as the domain name.

| | |
|---|---|
| Dated: April 1, 2008 | Respectfully submitted,<br><br>MILBERG LLP<br><br>     */s/ Sanford P. Dumain*    <br>Sanford P. Dumain (SD 8712)<br>Lori G. Feldman (LF 3478)<br>Arvind Khurana (AK 3643)<br>MILBERG LLP<br>One Pennsylvania Plaza<br>New York, NY 10119<br>Telephone: (212) 594-5300<br>Facsimile: (212) 868-1229<br>Email: sdumain@milberg.com<br>             lfeldman@milberg.com<br>             akhurana@milberg.com |