

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MORGAN STANLEY ERISA LITIGATION | MASTER FILE NO.: 07 Civ. 11285 (RWS) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## JOINT [PROPOSED] AMENDED SCHEDULING ORDER

WHEREAS, Counsel for the parties have conferred regarding a proposed amended scheduling order and hereby jointly propose the following changes to the Scheduling Order entered in this action on May 15, 2008 (the "May Scheduling Order"):

1. Paragraph Three (3) of the May Scheduling Order shall be amended as follows:

    **July 25, 2008** Plaintiffs' deadline for filing a Consolidated Class Action Complaint (the "Consolidated Complaint") is extended from July 11, 2008 to July 25, 2008.

2. Paragraph Four (4) of the May Scheduling Order shall be amended as follows:

    **September 26, 2008** Defendants' deadline to answer or otherwise respond to the Consolidated Complaint is extended from September 12, 2008 to September 26, 2008.

3. Paragraph Five (5) of the May Scheduling Order shall be amended as follows:

    **November 21, 2008** Plaintiffs' deadline to file a response to Defendants' motion to dismiss or other responsive pleading is

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08
```

extended from November 7, 2008 to November 21, 2008.

4. Paragraph Six (6) of the May Scheduling Order shall be amended as follows:

**December 23, 2008** Defendants' deadline to file a reply in support of any motion to dismiss or other responsive pleading is extended from December 5, 2008 to December 23, 2008.

Dated: July 2, 2008

Sanford P. Dumain
Lori G. Feldman
Arvind Khurana
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: sdumain@milberg.com
lfeldman@milberg.com
akhurana@milberg.com

Mark C. Rifkin
Michael Jaffe
WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653
Email: rifkin@whafh.com
jaffe@whafh.com

**Interim Co-Lead Counsel for Plaintiffs**

Robert I. Harwood
Samuel K. Rosen
HARWOOD FEFFER LLP
488 Madison Avenue
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
Email: rharwood@hfesq.com
 srosen@hfesq.com

Joseph H. Melzer
Edward W. Ciolko
Katherine B. Bornstein
SCHIFFRIN BARROWAY TOPAZ &
KESSLER LLP
280 King of Prussia Road
Radnor, PA 198087
Telephone: (610) 667-7706
Facsimile: (510) 667-7056
Email: jmelzer@sbtklaw.com
 eciolko@sbtklaw.com

**Executive Committee of Interim Co-Lead Counsel for Plaintiffs**

_[signature]_
Robert F. Wise
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212 450-3800
Email: robert.wise@dpw.com

**Attorney for Defendants Morgan Stanley & Co., et al.**

SO ORDERED THIS 9th day of July, 2008

_[signature]_
U.S.D.J.