# EXHIBIT A

## TOO LARGE TO BE FILED ELECTRONICALLY