# EXHIBIT D

# Morgan Stanley

# Morgan Stanley 401(k) Plan Fund Summary Guide

The 401(k) Plan offers a diverse array of investment options to help you save for retirement. This guide highlights your investment options as of January 2, 2008.

The information shown is as of September 30, 2007 unless otherwise noted in the *Important Notes* section on the back of this guide. The information herein is for general purposes only and is not intended to be a substitute for the prospectuses and other materials made available to you through the fund managers or on the Benefit Center website.



This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.

Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

# Premixed Portfolios Tier: BGI LifePath® Funds

| Name of Fund | BGI LifePath® Retirement Index | BGI LifePath® Index 2010 | BGI LifePath® Index 2015 | BGI LifePath® Index 2020 | BGI LifePath® Index 2025 | BGI LifePath® Index 2030 | BGI LifePath® Index 2035 | BGI LifePath® Index 2040 | BGI LifePath® Index 2045 |
|---|---|---|---|---|---|---|---|---|---|
| Ticker Symbol | N/A | | | | | | | | |
| Investment Objective | Designed to be an investment solution for individual investors. Each LifePath® portfolio is diversified among a broad range of index funds in each asset class and is adjusted over time to gradually become more conservative as the target retirement year approaches. | | | | | | | | |
| Risk/Return Potential[1] | Moderate | Moderate | Moderate to High | High | High | High | High | High | High |
| Performance[2] (after fees, as of 9/30/07) | | | | | | | | | |
| Year-to-Date | 6.5% | 6.8% | 7.5% | 8.0% | 8.4% | 8.8% | 9.1% | 9.4% | 9.7% |
| 1-Year | 10.2% | 11.3% | 12.8% | 14.0% | 15.0% | 16.0% | 16.9% | 17.6% | 18.2% |
| 3-Year (annualized) | 8.2% | 9.5% | 10.7% | 11.8% | 12.7% | 13.5% | 14.2% | 14.8% | 15.5% |
| 5-Year (annualized) | 9.0% | 10.7% | 11.9% | 13.0% | 13.9% | 14.8% | 15.6% | 16.3% | 17.3% |
| Asset Allocation[3] | | | | | | | | | |
| Fixed Income | | | | | | | | | |
| TIPS* | 9.4% | 8.3% | 6.5% | 4.9% | 3.7% | 2.5% | 1.6% | 0.0% | 0.0% |
| Bonds | 51.9% | 46.6% | 37.1% | 29.5% | 23.1% | 17.2% | 11.9% | 7.7% | 2.4% |
| Fixed Income Total | 61.3% | 54.9% | 43.6% | 34.4% | 26.8% | 19.7% | 13.5% | 7.7% | 2.4% |
| REIT** | 2.7% | 3.1% | 4.0% | 4.6% | 5.2% | 5.5% | 6.0% | 6.4% | 6.7% |
| Equity | | | | | | | | | |
| U.S. Large Cap Stocks | 19.5% | 23.2% | 29.7% | 34.9% | 39.3% | 43.4% | 47.0% | 50.4% | 53.5% |
| U.S. Small and Mid Cap Stocks | 5.3% | 6.0% | 7.1% | 8.0% | 8.7% | 9.5% | 10.0% | 10.6% | 11.1% |
| International Stocks | 11.2% | 12.8% | 15.7% | 18.0% | 20.0% | 21.9% | 23.5% | 25.0% | 26.3% |
| Equity Total | 36.0% | 42.0% | 52.5% | 60.9% | 68.0% | 74.8% | 80.5% | 86.0% | 90.9% |
| Expense Ratio[4] | 0.15% | | | | | | | | |

[1, 2, 3, 4] See *Important Notes* on the back of this guide.
 *Treasury Inflation Protected Securities (TIPS)
 **Real Estate Investment Trust (REIT)

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of September 30, 2007. Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary.
This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.
Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

# Core Tier: Passively-Managed Funds

Morgan Stanley 401(k) Plan Investment Funds
Effective January 2, 2008

| Name of Fund | BGI Bond Index | Mellon S&P 500 Index | BGI Extended Market Fund | BGI MSCI ACWI ex U.S. Index |
|---|---|---|---|---|
| Ticker Symbol | N/A | N/A | N/A | N/A |
| Investment Objective | Seeks to match the performance of the Lehman Brothers Aggregate Bond Index with minimal tracking error by investing in a diversified sample of the bonds that make up the index. | Seeks to match the performance of the Standard & Poor's 500 Index with minimal tracking error. The Fund seeks to fully replicate the index by targeting each company in proportion to its weight in the index. | Seeks to match the performance of the Dow Jones Wilshire 4500 Completion Index by investing in a diversified sample of the small and mid cap stocks that make up the index. | Seeks to match the performance of the MSCI ACWI ex U.S. Index by investing in a diversified sample of the stocks that make up the index. |
| Risk/Return Potential[1] | Low to Moderate | High | High | High |
| **Performance[2] (after fees, as of 9/30/07)** | | | | |
| Year-to-Date | 3.9% | 9.2% | 9.1% | 17.3% |
| 1-Year | 5.2% | 16.5% | 18.7% | 30.7% |
| 3-Year (annualized) | 3.9% | 13.2% | 16.4% | 26.0% |
| 5-Year (annualized) | 4.2% | 15.5% | 19.9% | N/A |
| **Asset Allocation or Top 10 Holdings[3]** | Mortgage-Backed 37.9% | Exxon Mobil Corp. 3.8% | Berkshire Hathaway Inc. 3.3% | BP p.l.c. 1.4% |
| | U.S. Treasuries 23.7% | General Electric Co. 3.2% | Genentech Inc. 1.0% | HSBC Holdings p.l.c. 1.4% |
| | U.S. Agencies 10.4% | AT&T Inc. 1.9% | Accenture Ltd. 0.6% | Vodafone Group p.l.c. 1.2% |
| | Industrial 8.9% | Microsoft Corp. 1.8% | American Tower Corp. 0.5% | Nestle S.A. 1.2% |
| | Finance 7.9% | Citigroup Inc. 1.7% | Liberty Media Corp. 0.5% | Total S.A. 1.1% |
| | Commercial Mortgage-Backed 5.3% | Bank of America Corp. 1.7% | GlobalSantaFe Corp. 0.5% | Toyota Motor Corp. 1.0% |
| | Non-U.S. Credit 3.2% | Procter & Gamble Co. 1.6% | NYSE Euronext Inc. 0.4% | Nokia Oyj 1.0% |
| | Utility 1.8% | Cisco Systems Inc. 1.5% | Garmin Ltd. 0.4% | GlaxoSmithKline p.l.c. 1.0% |
| | Asset-Backed 0.9% | Chevron Corp. 1.5% | NII Holdings Inc. 0.4% | Royal Dutch Shell p.l.c. 1.0% |
| | Taxable Municipal 0.2% | Johnson & Johnson 1.4% | Las Vegas Sands Corp. 0.4% | BHP Billiton Ltd. 0.9% |
| Expense Ratio[4] | 0.06% | 0.02% | 0.04% | 0.09% |

[1,2,3,4] See *Important Notes* on the back of this guide.

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of September 30, 2007. Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary.

This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.

Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

# Core Tier: Actively-Managed Funds

| Name of Fund | Stable Value | MSIF Trust Investment Grade Fixed Income | MSIF Inc. U.S. Large Cap Growth | Dodge & Cox Stock Fund | MSIF Trust Mid Cap Growth | Jacobs Levy Mid Cap Value |
|---|---|---|---|---|---|---|
| Ticker Symbol | N/A | MPFDX | MSEQX | DODGX | MPEGX | N/A |
| Investment Objective | Seeks to outperform the Money Funds Rate (MFR) Money Market Index and to preserve principal with lower risk than a bond fund. Invests in fixed-income securities combined with book-value stabilizing wrap agreements. | Seeks to provide investors with above-average total return over a full-market cycle through an active, value-based, investment-grade fixed-income portfolio strategy. | Seeks long-term capital appreciation by investing in large-sized companies believed to have the potential for strong earnings growth. | Seeks long-term growth of principal and income by investing primarily in a broadly diversified portfolio of common stocks. A secondary objective is to achieve a reasonable current income. | Seeks long-term capital appreciation by investing primarily in growth-oriented equity securities of mid-sized companies. | Seeks long-term capital appreciation by investing primarily in value-oriented equity securities of mid-sized companies. |
| Risk/Return Potential[1] | Low | Low to Moderate | High | High | High | High |
| **Performance[2] (after fees, as of 9/30/07)** | | | | | | |
| Year-to-Date | 4.1% | 3.9% | 21.0% | 5.2% | 23.6% | 3.6% |
| 1-Year | 5.4% | 4.8% | 29.4% | 12.0% | 34.3% | 12.7% |
| 3-Year (annualized) | 4.9% | 4.3% | 17.1% | 15.4% | 22.2% | 17.1% |
| 5-Year (annualized) | 4.8% | 4.4% | 16.0% | 18.4% | 23.8% | 20.4% |
| Asset Allocation or Top 10 Holdings[3] | MSIF Trust Core Plus Fixed Income Portfolio 90.9%<br><br>MSILF Prime Money Market Portfolio 8.3%<br><br>Cash 0.9% | Government 9.4%<br><br>Credit 13.1%<br><br>Mortgage 65.3%<br><br>Asset-Backed 23.1%<br><br>Interest Rate 0.3%<br><br>Cash Investments (11.2%) | Monsanto Co. 6.9%<br>Google Inc. 6.5%<br>Amazon.com Inc. 5.9%<br>Brookfield Asset Management Inc. 5.3%<br>eBay Inc. 5.2%<br>Wynn Resorts Ltd. 4.7%<br>American Express Co. 3.8%<br>Ultra Petroleum Corp. 3.7%<br>Research In Motion Ltd. 3.6%<br>America Movil S.A.B. de C.V. 3.2% | Hewlett-Packard Co. 4.1%<br>Comcast Corp. 3.2%<br>Motorola Inc. 2.9%<br>Chevron Corp. 2.9%<br>News Corp. 2.9%<br>Wal-Mart Stores Inc. 2.9%<br>Sony Corp. (Japan) 2.7%<br>Sanofi-aventis (France) 2.6%<br>Wachovia Corp. 2.5%<br>Pfizer Inc. 2.5% | Wynn Resorts Ltd. 4.7%<br>Ultra Petroleum Corp. 4.1%<br>Aeroplan Income Fund 3.0%<br>NII Holdings Inc. 2.9%<br>Corporate Executive Board Co. 2.7%<br>Abercrombie & Fitch Co. 2.7%<br>Nalco Holding Co. 2.6%<br>CH Robinson Worldwide Inc. 2.6%<br>Baidu.com Inc. 2.6%<br>Stericycle Inc. 2.3% | Hess Corp. 1.8%<br>Edison Int'l. 1.7%<br>PG&E Corp 1.6%<br>Liberty Media Corp. (Capital) 1.6%<br>Sempra Energy 1.6%<br>Aon Corp. 1.6%<br>Safeway Inc. 1.5%<br>Ameriprise Financial Inc. 1.5%<br>United States Steel Corp. 1.5%<br>Parker-Hannifin Corp. 1.4% |
| Expense Ratio[4] | 0.49% | 0.46% | 0.63% | 0.52% | 0.63% | 0.65% |

[1, 2, 3, 4] See *Important Notes* on the back of this guide.

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of **September 30, 2007.** Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary.

This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.

Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

Morgan Stanley 401(k) Plan Investment Funds
Effective January 2, 2008

| MSIF Inc. Small Co. Growth | | Royce Special Equity | | MSIF Int'l Growth Equity | | MSIF Inc. Int'l Equity | | Pyramis Select Int'l Small Cap | |
|---|---|---|---|---|---|---|---|---|---|
| MSSGX | | RSEIX | | MNWAX | | MSIQX | | N/A | |
| Seeks long-term capital appreciation by investing primarily in growth-oriented equity securities of small companies. | | Seeks long-term capital appreciation by investing primarily in value-oriented equity securities of small companies. | | Seeks long-term capital appreciation, with a secondary objective of income, by investing in growth-oriented equity securities of non-U.S. issuers. | | Seeks above-average long-term return by diversifying investments among strategically selected value-oriented equity securities of non-U.S. issuers. | | Seeks to provide excess returns above the Salomon Extended Market Index (EMI) through active stock selection while matching geographic region weights of the index. Invests primarily in equity securities of small companies located in developed countries. | |
| High to Very High | | High to Very High | | High | | High | | High to Very High | |
| 8.5% | | 5.7% | | 16.1% | | 10.8% | | 19.7% | |
| 20.7% | | 12.2% | | 29.6% | | 19.6% | | 37.7% | |
| 16.1% | | 8.8% | | 26.5% | | 18.4% | | 30.2% | |
| 20.2% | | 13.0% | | 24.9% | | 19.6% | | 31.2% | |
| Blue Nile Inc. | 5.5% | National Presto Industries Inc. | 4.7% | BHP Billiton Ltd. | 2.7% | British American Tobacco p.l.c. | 3.6% | Meggitt p.l.c. ORD | 1.3% |
| Morningstar Inc. | 4.1% | Bio. Rad Laboratories Inc. | 3.9% | Keppel Corp Ltd. | 2.6% | Cadbury Schweppes p.l.c. | 3.4% | Singapore Exchange Ltd. | 1.2% |
| Strayer Education Inc. | 4.0% | Rofin-Sinar Technologies Inc. | 3.9% | ABB Ltd. | 2.2% | Nestle S.A. | 3.4% | K+S AG | 1.2% |
| Techne Corp. | 3.2% | Carpenter Technology Corp. | 3.5% | E.On AG | 2.2% | Imperial Tobacco Group p.l.c. | 3.3% | Vilmorin Clause & Cie | 1.2% |
| Vail Resorts Inc. | 3.1% | CSS Industries Inc. | 3.0% | Total S.A. | 2.2% | Holcim Ltd. | 3.3% | Tokai Carbon Co. Ltd. | 1.0% |
| Gaylord Entertainment Co. | 2.9% | HI Rogal & Hobbs Co. | 3.0% | Continental AG | 2.0% | Total S.A. | 2.4% | Baloise Holding (REG) | 1.0% |
| Advisory Board Co. | 2.9% | Lancaster Colony Corp. | 3.0% | ING Groep N.V. | 2.0% | Telefonaktiebolaget LM Ericsson | 2.3% | Subsea 7 Inc. | 1.0% |
| CoStar Group Inc. | 2.8% | Casade Corp. | 2.9% | Esprit Holdings Ltd. | 1.9% | Bayer AG | 2.3% | Henry Boot p.l.c. | 0.9% |
| Grupo Aeroportuario del Pacifico S.A.B. de C.V. | 2.7% | Lawson Products Inc. | 2.7% | National Bank of Greece S.A. | 1.9% | Reckitt Benckiser p.l.c. | 2.2% | Sika AG (BR) | 0.9% |
| Greenhill & Co. Inc. | 2.6% | Arden Group Inc. | 2.5% | AXA S.A. | 1.8% | RWE AG | 2.2% | Parway Holdings Ltd. | 0.9% |
| 1.01% | | 1.05% | | 1.01% | | 0.94% | | 0.80% | |

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of **September 30, 2007**. Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary.

This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.

Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

# Extended Choice Tier

| Name of Fund | PIMCO Real Return | Stone Harbor High Yield Bond | PIMCO Foreign Bond (Unhedged) | MSIF Inc. Emerging Markets Debt | Longleaf Partners Fund |
|---|---|---|---|---|---|
| Ticker Symbol | PRRIX | SHHYX | PFUIX | MSIEX | LLPFX |
| Investment Objective | Seeks to maximize real return (investment return after adjustment for inflation) consistent with preservation of capital through investment management of U.S. Treasury Inflation Protected Securities. | Seeks to maximize total return, which consists of income on its investments and capital appreciation, by investing primarily in high-yield debt securities which include fixed-income securities (including derivatives) rated below investment grade. | Seeks maximum total return, consistent with preservation of capital and prudent investment management by investing primarily in investment-grade fixed income securities of issuers outside the U.S. | Seeks to invest in fixed-income securities of government and government-related issuers located in a broad range of emerging market countries. | Seeks long-term capital growth by investing primarily in a limited number of mid-to-large cap companies believed to be significantly undervalued. |
| Risk/Return Potential[1] | Low | Moderate | Moderate | Moderate to High | High |
| **Performance[2] (after fees, as of 9/30/07)** | | | | | |
| Year-to-Date | 6.0% | 3.5% | 6.1% | 4.3% | 8.9% |
| 1-Year | 4.4% | 8.1% | 8.1% | 10.5% | 17.4% |
| 3-Year (annualized) | 4.0% | 7.2% | 4.4% | 11.4% | 13.7% |
| 5-Year (annualized) | 5.5% | 11.5% | N/A | 15.7% | 16.1% |
| Asset Allocation or Top 10 Holdings[3] | Inflation-linked bond exposure<br>U.S. 96%<br>U.K. 1%<br>Europe 1%<br>Canada 1%<br>Other 4%<br>Non-inflation-linked bond exposure<br>U.S. (9%)<br>U.K. (1%)<br>Europe (2%)<br>Canada 0%<br>Other 1%<br>Cash 8% | Cash & Equivalents 1.9%<br>A 0.6%<br>BBB 4.3%<br>BB 25.6%<br>B 50.7%<br>CCC & below 16.3%<br>Not Rated 0.7% | Germany 40%<br>Japan 35%<br>United Kingdom 14%<br>France 7%<br>Spain 4% | Government 70.2%<br>Corporate 21.6%<br>Mortgage 3.7%<br>Warrant 0.6%<br>Brady Bonds 0.4%<br>Cash 3.8%<br>Other (0.2%) | Dell Inc. 9.8%<br>Liberty Media Corp. (Capital) 6.4%<br>Level 3 Communications Inc. 5.9%<br>eBay Inc. 5.5%<br>Aon Corp. 5.4%<br>Chesapeake Energy Corp. 5.2%<br>Koninklijke Philip Electronics N.V. 5.0%<br>Yum! Brands Inc. 4.9%<br>Sun Microsystems Inc. 4.9%<br>Cemex S.A. B. de C.V. 4.6% |
| Expense Ratio[4] | 0.45% | 0.55% | 0.50% | 0.85% | 0.89% |

[1,2,3,4] See *Important Notes* on the back of this guide.

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of **September 30, 2007**. Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary.

This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.

Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

**Morgan Stanley 401(k) Plan Investment Funds**
**Effective January 2, 2008**

| Van Kampen Growth & Income | MSIF Inc. Emerging Markets | MSIF Inc. US Real Estate | Morgan Stanley Stock Fund | Discover Stock Fund |
|---|---|---|---|---|
| ACGMX | MGEMX | MSUSX | MS | DFS |
| Seeks income and long-term growth of capital by investing primarily in income-producing securities, including common stocks and convertible securities (although investments are also made in nonconvertible preferred stock and debt securities). | Seeks long-term capital appreciation by investing primarily in growth-oriented equity securities of issuers in a broad range of emerging market countries. | Seeks to provide above-average current income and long-term capital appreciation by investing primarily in equity securities of companies in the U.S. real estate industry, including Real Estate Investment Trusts (REIT). | Seeks to invest primarily in shares of Morgan Stanley common stock. There is risk associated with investing in the Morgan Stanley Stock Fund, as the value of your account will increase or decrease depending on the overall performance of the Morgan Stanley stock. Performance of stock fund may differ from common stock performance. | Seeks to invest primarily in shares of Discover Financial Services common stock. There is risk associated with investing in the Discover Stock Fund, as the value of your account will increase or decrease depending on the overall performance of the Discover stock. Performance of stock fund may differ from common stock performance. |
| High | Very High | Moderate to High | Very High* | Very High* |
| 5.8% | 34.5% | (2.7%) | (5.8%) | (27%)** |
| 12.6% | 61.2% | 7.9% | 5.6% | N/A |
| 14.0% | 43.2% | 23.2% | 17.5% | N/A |
| 16.2% | 39.1% | 24.7% | 19.7% | N/A |
| Bayer AG 3.3% | Cia Vale do Rio Doce 4.4% | Simon Property Group Inc. 9.7% | Morgan Stanley Common Stock 99.7% | Discover Financial Services Common Stock 99.8% |
| Schering-Plough Corp. 3.1% | China Mobile Ltd. 2.6% | Equity Residential 7.9% | Cash 0.3% | Cash 0.2% |
| JP Morgan Chase & Co. 2.8% | America Movil S.A.B. de C.V. 2.5% | Host Hotels & Resorts Inc. 6.9% | | |
| General Electric Co. 2.8% | Sberbank Rossi OAO 2.3% | Boston Properties Inc. 6.0% | | |
| Verizon Communications Inc. 2.7% | MTN Group Ltd. 2.0% | Brookfield Properties Corp. 5.6% | | |
| Wal-Mart Stores Inc. 2.6% | Gazprom OAO 2.0% | Vornado Realty Trust 4.4% | | |
| Time Warner Inc. 2.4% | China Construction Bank Corp. 1.7% | AvalonBay Communities Inc. 3.9% | | |
| Abbot Laboratories 2.4% | China Coal Energy Co. Ltd. 1.7% | Starwood Hotels & Resorts Worldwide Inc. 3.7% | | |
| Citigroup Inc. 2.3% | Unibanco - Uniao de Bancos Brasileros S.A. 1.4% | Macerich Co. 3.6% | | |
| Federal Home Loan Mortgage Corp. 2.1% | Wal-Mart de Mexico S.A.B. de C.V. 1.3% | Regency Centers Corp. 3.4% | | |
| 0.54% | 1.40% | 0.87% | N/A | N/A |

*Undiversified funds are considered to have greater risk because they are invested in a single company.
**June 30, 2007 to September 30, 2007

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of **September 30, 2007**. Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary.

This guide is not intended to provide, and should not be understood to provide, legal, tax or investment advice. Consult with your legal, tax or financial advisor to discuss your personal situation. Before investing in any fund, be sure to read carefully the fund's prospectus and other materials available through the fund managers or on the Benefit Center website. Past performance is no indication of future results. Investment fund share prices will fluctuate with market conditions and interest rates, so that shares, when redeemed, may be worth more or less than the original cost.

Any inconsistencies between the terms of this guide and any plan documents or verbal representations will be governed by the plan documents. Although Morgan Stanley expects to continue its benefit plans indefinitely, Morgan Stanley and its affiliates necessarily reserve the right to amend, modify or discontinue these plans at any time.

## Important Notes

Information in this guide is provided by Mercer Investment Consulting and the fund managers and is generally as of September 30, 2007. Morgan Stanley and the Plan are not responsible for the accuracy of any information included in this guide. Actual returns and investments may vary. For specific information, reference the fund prospectuses and/or fact sheets, available through the fund managers or on the Benefit Center website.

This guide is updated periodically based on information provided by Mercer Investment Consulting and the fund managers. For the latest version, visit the Benefit Center website and click on *Documents & Forms*.

### [1] Risk/Return Potential
The Risk/Return Potential is provided by Mercer Investment Consulting.

### [2] Performance
Performance for the BGI LifePath® Index Funds is simulated returns based on underlying fund historical performance and target asset allocation. See the fund fact sheets available on the Benefit Center website or the fund's website for more information.

A composite performance history of separate account clients is shown for Jacobs Levy Mid Cap Value, as reported by Jacobs Levy.

Performance of the investor share class is shown for Royce Special Equity due to the shorter track record of the institutional share class, as reported by Royce.

A composite performance history of separate account clients is shown for MSIF Int'l Growth Equity, as reported by MSIF.

A composite performance history of separate account clients is shown for Pyramis Select Int'l Small Cap, as reported by Pyramis.

Following the sale of Citigroup Asset Management (Citigroup) to Legg Mason Inc. in December 2005, members of the taxable fixed income team of Citigroup created Stone Harbor Investment Partners (Stone Harbor) in April 2006. Performance is shown for the manager composite which dates back to March 1992, as reported by Mercer Investment Consulting.

Performance of Van Kampen Growth & Income A share class is shown due to the shorter track record of the institutional share class, as reported by Van Kampen.

### [3] Asset Allocations or Top 10 Holdings
Negative asset allocations indicate net borrowed amounts.

Representative holdings shown as of September 30, 2007. Holdings and asset allocations are not guaranteed and may change from time to time.

For the Stable Value Fund, see the fund fact sheets of the MSIF Trust Core Plus Fixed Income Portfolio (ticker symbol: MPFIX) and the MSILF Prime Money Market Portfolio (ticker symbol: MPFXX) available through the fund managers or on the Benefit Center website for a detailed allocation of assets in each portfolio underlying the fund.

Top 10 Holdings for the Jacobs Levy Mid Cap Value Portfolio is based upon their standard Mid Cap Value composite holdings, as reported by Jacobs Levy. The Top 10 Holdings in the Morgan Stanley 401(k) Plan account may vary from those shown.

### [4] Expense Ratio
The Passively Managed Funds in the Core Tier and the Jacobs Levy Mid Cap Value Portfolio apply fee schedules that are based on the amount of Morgan Stanley 401(k) Plan assets invested in the applicable funds. Since there are no Plan assets invested in the BGI Index funds and Jacobs Levy Mid Cap Portfolio prior to January 2, 2008, the fees shown are based on the first breakpoint of the fee schedule. Fees for the Mellon S&P 500 Index are calculated based on the amount of assets in both the Morgan Stanley 401(k) Plan and Morgan Stanley Pension Plan accounts. The fee breakpoints are as follows:

| BGI Bond Index | Mellon S&P 500 Index | BGI Extended Market Index | BGI MSCI ACWI ex U.S. Index | Jacobs Levy Mid Cap Value |
|---|---|---|---|---|
| First $50 million: .06% | First $100 million: .02% | First $50 million: .04% | First $50 million: .09% | First $100 million: .65% |
| Next $50 million: .04% | Next $400 million: .012% | Balance: .02% | Next $50 million: .07% | Balance: .50% |
| Balance: .02% | Balance: .01% | | Balance: .05% | |

Expense Ratio for the Longleaf Partners Fund is shown as of June 30, 2007.

Additional fees such as administrative, audit or custodial fees of up to .02% apply to the BGI LifePath® and BGI Index funds. These fees are subject to change at the discretion of Barclays Global Investors. See the fund prospectuses and/or fact sheets, available through the fund managers or on the Benefit Center website for detailed information.

Currently, 401(k) Plan recordkeeping expenses are paid for by Morgan Stanley. Some funds or managers pay fees to the 401(k) Plan's recordkeeper that are credited against some of the Plan recordkeeping expenses.

© 2007 Morgan Stanley

# Morgan Stanley

CS5651529
MSD-GA9 12/07